

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>Christopher Batliner<br><br>DEFENDANT(S). | CASE NUMBER<br><br>14-MJ-113<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing
is set for __January__, __22__, at __1:30__ ☐ a.m. / ☑ p.m. before the
Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
(Other custodial officer)

Dated: __1/21/14__           _____[signature]_____
                              U.S. District Judge/Magistrate Judge